H. Simon, Trading as Public Electric Construction Company, Appellee, v. Albert J. Horan, Bailiff of Municipal Court of Chicago, Calumet Coal Company, Defendants. Appeal of Calumet Coal Company, Appellant.

Gen. No. 42,827.

opinion filed June 30, 1944. Peden, Ryan & Andreas, of Chicago, for appellant; Gerald Ryan, of Chicago, of counsel. Miller, Kamenear & Margolis, of Chicago, for appellee; Samuel S. Cohon and Sidney J. Sparberg, both of Chicago, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.